**Order entered July 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00083-CV

## IN THE INTEREST OF K.S.L. AND M.B.L., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54150-2018**

## ORDER

This is an appeal from the trial court's order of enforcement. Before the Court is appellee's July 13, 2022 motion for a sixty-day extension of time to file her brief, currently due July 17. Appellee explains the extension is necessary because she "does not yet have the transcript of the enforcement hearing" and will need to "order[] and obtain[]" it to be able to file the brief. She further explains that the current deadline "coincides with [counsel's] previously planned trip out of the country" but does not provide the dates of the trip.

We note the record reflects the enforcement hearing was held December 3, 2020. We further note the reporter's record, filed May 2, 2022 and available to

counsel via the Court's attorney portal, includes the record of that hearing. Accordingly, and not knowing the dates of counsel's trip, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than August 29, 2022.

/s/    KEN MOLBERG
          JUSTICE